■ In the Matter of CARL A. VERGARI, as District Attorney of Westchester County, Respondent, v MICHAEL HIRNIAK, Appellant.—In a proceeding to declare a forfeiture pursuant to section 3388 of the Public Health Law, the appeal is from so much of an order of the Supreme Court, Westchester County, entered September 28, 1976, as denied respondent-appellant's motion for summary judgment. Order reversed insofar as appealed from, on the law, with $50 costs and disbursements, and motion granted to the extent that respondent-appellant is awarded summary judgment dismissing the forfeiture proceeding; and proceeding remanded to Special Term for a determination of respondent-appellant's counterclaims. The institution of the forfeiture proceeding by the District Attorney was not timely pursuant to the provisions of subdivision 4 of section 3388 of the Public Health Law. Martuscello, J. P., Latham, Shapiro and O'Connor, JJ., concur.

■ In the Matter of HARRY W. VOCCOLA, as Acting Director of the Parking Violations Bureau of the City of New York, Respondent, v NORMAN H. SHILLING, as Judge of the Civil Court of the City of New York, Respondent, and STEPHEN F. BROWNE, Appellant.—In a proceeding pursuant to CPLR article 78, *inter alia,* to prohibit the respondent Judge of the Civil Court of the City of New York from conducting further proceedings in a certain action pending before him in which the appellant herein is the defendant, the appeal is from a judgment of the Supreme Court, Kings County, entered November 12, 1976, which, *inter alia,* granted the petition and directed the respondent Judge to cease further proceedings in the action in question. Judgment affirmed, with $50 costs and disbursements to petitioner payable by appellant, on the opinion of Mr. Justice Monteleone at Special Term. Martuscello, J. P., Latham, Shapiro and O'Connor, JJ., concur. [88 Misc 2d 103.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY B., Appellant.—Appeal by defendant, as limited by his brief, from a resentence of the Supreme Court, Kings County, imposed May 30, 1975 (the date on the clerk's extract is July 1, 1975), upon his conviction of attempted robbery in the third degree, upon his plea of guilty. The appeal brings up for review the denial of defendant's application for youthful offender treatment. Resentence modified, as a matter of discretion in the interest of justice, by providing that defendant's application for youthful offender treatment is granted. As so modified, resentence affirmed. Under all of the circumstances of this case, including defendant's age and lack of a previous felony conviction, he should not have received the sentence imposed at Criminal Term. Martuscello, J. P., Latham, Shapiro and O'Connor, JJ., concur.